No. 05–5644.  LAY *v.* MAZER-HART.  C. A. 9th Cir.  Certiorari denied.

No. 05–5649.  DAUGHERTY *v.* MISSOURI.  Ct. App. Mo., Eastern Dist.  Certiorari denied.

No. 05–5651.  ALLEN *v.* DISTRICT COURT OF NEVADA, CLARK COUNTY, ET AL.  Sup. Ct. Nev.  Certiorari denied.

No. 05–5656.  GUZMAN *v.* DUKE, WARDEN.  C. A. 5th Cir. Certiorari denied.

No. 05–5658.  SERVIN *v.* HARRISON, WARDEN.  C. A. 9th Cir. Certiorari denied.

No. 05–5662.  SYLVESTER *v.* MCKEE, WARDEN.  C. A. 6th Cir. Certiorari denied.

No. 05–5664.  MANDILE *v.* UNITED STATES.  C. A. 11th Cir. Certiorari denied.

No. 05–5667.  TODD *v.* CROSBY, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS, ET AL.  C. A. 11th Cir.  Certiorari denied.

No. 05–5668.  POWELL *v.* KELLER ET AL.  C. A. 4th Cir.  Certiorari denied.

No. 05–5671.  QUINTON *v.* DRETKE, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION.  C. A. 5th Cir.  Certiorari denied.

No. 05–5672.  GOLDMAN *v.* FAIRBANKS CAPITAL CORP. ET AL. C. A. 6th Cir.  Certiorari denied.

No. 05–5674.  INGRAHAM *v.* UNITED STATES.  C. A. 11th Cir. Certiorari denied.

No. 05–5675.  SANDIFER *v.* LEWIS, WARDEN.  C. A. 9th Cir. Certiorari denied.

No. 05–5676.  NEWMAN *v.* UCHTMAN, WARDEN.  C. A. 7th Cir. Certiorari denied.

No. 05–5678.  RUTHERFORD *v.* UNITED STATES.  C. A. 11th Cir.  Certiorari denied.